UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| McKinley Miller,<br>Plaintiff,<br>-against-<br>Lester Silver,<br>Defendant. | No. 23-CV-3462 (LAP)<br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Trial in the above-captioned matter shall commence on February 1, 2027, at 10:00 AM in courtroom 12A at 500 Pearl Street, New York, New York. The parties shall submit a proposed schedule for filing a joint pretrial order, motions in limine, oppositions to motions in limine, joint proposed jury instructions, and proposed voir dire questions no later than October 1, 2026.

**SO ORDERED.**

Dated: July 30, 2026
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge